UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK MUNEIO, et al.,

    Plaintiffs,

-vs-

Case No. 09-12973

HON: AVERN COHN

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION
## FOR LEAVE TO FILE AN AMENDED ANSWER

Defendants Federal National Mortgage Association and Chase Financial, LLC have filed a motion for leave to file an amended answer. The motion is GRANTED.

F.R.Civ.P. 15(a)(2) provides that leave to amend should be "freely" given. The amendment to the answer adding the affirmative defense of lack of standing raises a defense which goes to the heart of the case. It would be unfair to deny defendants the right to raise this defense.

SO ORDERED.


Dated: February 26, 2010      S/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 26, 2010, by electronic and/or ordinary mail.

     S/Julie Owens
    Case Manager, (313) 234-5160

1